can intelligently pass upon the questions of fact, unembarrassed by that feature of the case.

The judgment and order should be reversed, and a new trial granted, with costs to appellant to abide the event. All concur.

---

### CHAMBERS v. BACON.

(Supreme Court, Appellate Division, First Department. July 8, 1908.)

Appeal from Trial Term.

Action by Sidney C. Chambers against Alexander S. Bacon. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered.

Alexander S. Bacon, in pro. per.
Louis Sturcke, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, on the decision in Hunter v. Bacon (decided herewith) 111 N. Y. Supp. 820.

Order filed.

---

### BLUMERT v. HOES.

(Supreme Court, Appellate Division, First Department. July 8, 1908.)

1. APPEAL AND ERROR—SCOPE OF APPEAL—REVIEW.
    Where defendant appealed from a judgment, and from "the ruling and order" denying a motion to set aside the verdict and for a new trial, but the case on appeal disclosed no such order, the Appellate Division was confined to a consideration of the exceptions taken during progress of the trial.

2. EXECUTORS AND ADMINISTRATORS—CLAIMS AGAINST DECEDENT—EVIDENCE.
    Where, in a suit for services and expenditures made in caring for an infant at the request of defendant's intestate, it appeared that a large part of plaintiff's claim consisted of moneys expended, of which she had kept no account, evidence that, considering the care bestowed on the infant, the expenditures for food, clothing, etc., plaintiff regarded the reasonable value of her services and expenses at from $9 to $10 a week, was not sufficiently definite to entitle plaintiff to recover under a contract by intestate to pay, not a definite sum, but what was necessary for the support of the child.
    Houghton, J., dissenting.

Appeal from Trial Term.

Action by Clara Blumert against William M. Hoes, public administrator of New York county, as administrator of the estate of Martin Brennan, deceased. From a judgment on a verdict for plaintiff, and from an order denying defendant's motion for a new trial, he appeals. Reversed, and new trial granted.

Argued before INGRAHAM, McLAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

George L. Carlisle, for appellant.
Edwin T. Taliaferro, for respondent.